[No. 13744-5-II. Division Two. July 1, 1992.]

MARBLE ELEGANCE IMPORTS, LTD., ET AL, *Appellants*, v.
JAMES ADAMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-02661-1, Richard A. Strophy, J., entered February 26, 1990. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 13845-0-II. Division Two. July 1, 1992.]

GUARANTY NATIONAL INSURANCE COMPANY, *Appellant*, v.
WASHINGTON INSURANCE GUARANTY ASSOCIATION,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-05903-4, Thomas R. Sauriol, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 11095-8-III. Division Three. July 2, 1992.]

DOUGLAS K. MANTYLA, ET AL, *Appellants*, v. LINCOLN
COUNTY NOXIOUS WEED CONTROL BOARD,
*Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 89-2-00051-3, Philip W. Borst, J., entered August 21, 1990. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.